JEFFREY I. GOLDEN, TRUSTEE
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone:   (714) 966-1000
Facsimile:   (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In Re:<br><br>WARREN LAROSE<br>CHANDRA LEA LAROSE<br><br><br><br>Debtors. | Case No.: 17-14017-CB<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
|---|---|

COUNSEL:  PRO SE ZZ
TO THE ABOVE NAMED DEBTORS

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **December 6, 2017 at 8:00 AM** at 411 W. FOURTH STREET, ROOM 3-110, SANTA ANA, CA 92701, for the reason(s) set forth below:

**1015-2 Statement needs to be filed in the Court.**

**You need to provide proof of your social security numbers to the Trustee.**

Dated:   November 21, 2017            /s/ Jeffrey I Golden
                                      JEFFREY I. GOLDEN
                                      Chapter 7 Trustee

I certify that I served the within notice on the above debtors and the debtors attorney, and interested parties on November 21, 2017.

                                      /s/ Lori Werner
                                      Lori Werner